UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOHN W. PEROTTI, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:10-cv-86-JMS-MJD |
| MS. QUIONES, et al., | ) ) | |
| Defendants. | ) ) | |

**Entry Discussing Request to Proceed on Appeal In Forma Pauperis**

An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). Good faith within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id.* There is no objectively reasonable argument which the plaintiff could present to argue that the disposition of this action was erroneous–nor does his request for leave to proceed on appeal *in forma pauperis* even suggest such an argument. In pursuing an appeal, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

Based on the foregoing, therefore, the plaintiff's request for leave to proceed on appeal *in forma pauperis* [85] is **denied.**

**IT IS SO ORDERED.**

Date: 10/21/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Margaret A. Schutte
margaret.schutte@usdoj.gov

Shelese M. Woods
shelese.woods@usdoj.gov

John W. Perotti
No. #39656-060
Florence – High USP
P.O. Box 7000
Florence, CO 81226